UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PEYTON PIERCE                                                CIVIL ACTION

VERSUS

MESA UNDERWRITERS                    NO. 20-00195-BAJ-RLB
SPECIALTY INSURANCE
COMPANY

### RULING AND ORDER

Before the Court is Plaintiff's **Second Motion for Leave to Amend Complaint (Doc. 13),** in which Plaintiff seeks to amend his Complaint to name additional defendants and include a prayer for exemplary damages. The Magistrate Judge has issued a **Report And Recommendation (Doc. 17)** recommending that the Court grant Plaintiff's Motion and enter Plaintiff's Revised First Amended Complaint **(Doc. 13-3)** into the record. As the proposed amendment will destroy diversity among the parties, the Magistrate Judge further recommends remanding this action to the 19th Judicial District Court, East Baton Rouge Parish, Louisiana. There are no objections to the Report and Recommendation.

Having carefully considered the underlying Petition, the instant motion, and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation, and **ADOPTS** it as the Court's opinion herein.

Jury
19th JDC - Certified

1

Accordingly,

IT IS ORDERED that Plaintiff's **Second Motion for Leave to Amend Complaint (Doc. 13)** is **GRANTED**.

IT IS FURTHER ORDERED that Plaintiff's **Revised First Amended Complaint (Doc. 13-3)** be entered into the record under a separate docket entry.

IT IS FURTHER ORDERED that this action is **REMANDED** to the 19th Judicial District Court, East Baton Rouge Parish, Louisiana.

Baton Rouge, Louisiana, this 10th day of December, 2020

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**